UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WEST, JR.,<br><br>                Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE,<br><br>                Defendant. | Case No. 1:21-cv-00976-DAD-BAM<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |

Plaintiff Jerry West, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in the instant action against the Internal Revenue Service. (Doc. 1.) Currently before the Court is Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.)

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. **The Director of the California Department of Corrections and Rehabilitation or his/her designee shall collect payments from Plaintiff's trust account in an amount equal**

1  **to twenty percent (20%) of the preceding month's income credited to Plaintiff's trust**
2  **account and shall forward those payments to the Clerk of the Court each time the amount**
3  **in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of**
4  **$350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be**
5  **clearly identified by the name and number assigned to this action;**

6   3. The Clerk of the Court is directed to serve a copy of this order and a copy of
7  Plaintiff's in forma pauperis application on the Director of the California Department of
8  Corrections and Rehabilitation via the Court's electronic case filing system (CM/ECF);
9   4. The Clerk of the Court is directed to serve a copy of this order on the Financial
10 Department, U.S. District Court, Eastern District of California; and
11  5. Plaintiff's complaint will be screened in due course pursuant to 28 U.S.C. §§
12 1915(e)(2 and 1915A.

IT IS SO ORDERED.

   Dated:  **August 3, 2021**        /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE