UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WEST, JR., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, <br><br> Defendant. | Case No.  1:21-cv-00976-DAD-BAM <br><br> **ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** <br><br> (Doc. 4) |

Plaintiff Jerry West, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this action against Defendant Department of the Treasury Internal Revenue Service. Plaintiff initiated this action on June 21, 2021.  (Doc. 1.)

On November 17, 2021, Plaintiff filed the instant request for entry of default against Defendant Department of the Treasury Internal Revenue Service.  (Doc. 4.)  Plaintiff's request is premature.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. §§ 1915A(b);

1

1915(e)(2)(B)(ii).  The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains a cognizable claim for relief against the named defendant.

Plaintiff's complaint is currently in the screening stage and has not been served on any defendant.[1]  Accordingly, Plaintiff's request for entry of default is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **November 20, 2021**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] As the Court indicated in its August 4, 2021 order granting Plaintiff's application to proceed *in forma pauperis*, Plaintiff's complaint will be screened in due course.  (Doc. 3 at 2.)