UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WEST, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE,<br><br>　　　　Defendant. | No. 1:21-cv-00976-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 7) |

    Plaintiff Jerry West, Jr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action brought against defendant Department of the Treasury, Internal Revenue Service ("IRS"). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 20, 2022, the assigned magistrate judge screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and determined that it failed to state a cognizable claim for relief. (Doc. No. 6.) Plaintiff was granted leave to file an amended complaint to attempt to cure the deficiencies identified by the magistrate judge within thirty (30) days after service of that screening order. (*Id*. at 6.) Plaintiff was warned that his failure to file a first amended complaint, or a notice of voluntary dismissal, in compliance with the screening order would result in a recommendation that this action be dismissed due to plaintiff's failure to state a claim and failure

1

1  to obey a court order.  (*Id*. at 7.)  Plaintiff failed to file a first amended complaint or otherwise
2  respond to the court's screening order.
3       Accordingly, on March 3, 2022, the magistrate judge issued findings and
4  recommendations recommending that this action be dismissed due to plaintiff's failure to state a
5  cognizable claim for relief, failure to obey a court order, and failure to prosecute.  (Doc. No. 7.)
6  The pending findings and recommendations were served on plaintiff and contained notice that
7  any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 8.)  To date,
8  no objections to the findings and recommendations have been filed, and the time in which to do
9  so has now passed.
10      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
11 *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
12 findings and recommendations are supported by the record and by proper analysis.
13      Accordingly,
14     1.    The findings and recommendations issued on March 3, 2022 (Doc. No. 7) are
15         adopted in full;
16     2.    This action is dismissed due to plaintiff's failure to state a claim, failure to obey a
17         court order, and failure to prosecute; and
18     3.    The Clerk of the Court is directed to close this case.
19 IT IS SO ORDERED.
20    Dated:  **March 30, 2022**
21                               UNITED STATES DISTRICT JUDGE